■ DEPEW COLLISION AND FRAME SERVICE, INC., Appellant, v GURNEY, BECKER & BOURNE, INC., et al., Respondents. [879 NYS2d 785]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered April 14, 2008 in a negligence action. The order granted the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. CHEAL, Appellant. [879 NYS2d 785]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered August 10, 2007. The judgment convicted defendant, upon a jury verdict, of driving while intoxicated, a class E felony, aggravated unlicensed operation of a motor vehicle in the first degree and reckless driving.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon a jury verdict of, inter alia, felony driving while intoxicated (Vehicle and Traffic Law § 1192 [3]; § 1193 [1] [c] [former (i)]), defendant contends that County Court erred in allowing a police officer to testify with respect to the way in which his observation of nystagmus in defendant's right eye affected his opinion concerning defendant's intoxication. That contention is not preserved for our review (see generally People v Hall, 53 AD3d 1080, 1082 [2008], lv denied 11 NY3d 855 [2008]), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (see CPL 470.15 [6] [a]). The sentence is not unduly harsh or severe. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.